Christopher A. Errante
430 Broad Street
Bloomfield, N.J., 07003
973-667-5700
Attorney for Defendant,
Jack Cluen

In re:

ROBERT'S HOME DESIGN, INC.,

   Debtor

ERIC R. PERKINS,

   Plaintiff

v.

JACK CLUEN,

   Defendant

: UNITED STATES BANKRUPTCY
  COURT
: DISTRICT OF NEW JERSEY

: CASE NO.: 07-10796
  ADVERSARY NO. 08-1557

: **Civil Action**

: **ANSWER, and JURY DEMAND**

Defendant, Jack Cluen, residing at 344 Joralemon St., Township of Belleville, County of Essex and State of New Jersey, by way of Answer to the Complaint, says:

### FIRST COUNT

1. Defendant denies the allegations of Paragraph 9.
2. Defendant denies the allegations of Paragraph 10.
3. Defendant denies the allegations of Paragraph 11.
4. Defendant denies the allegations of Paragraph 12.
5. Defendant denies the allegations of Paragraph 13.
6. Defendant states Plaintiff conclusion is incorrect.

### SECOND COUNT

7. Defendant, Jack Cluen denies all allegations previously set forth.
8. Defendant admits to the allegations of Paragraph 16.
9. Defendant neither admits nor denies the allegations of Paragraph 17.
10. Defendant denies the conclusion put forth in Paragraph 18

## THIRD COUNT

11. Defendant, Jack Cluen denies all allegations previously set forth.
12. Defendant admits to the allegation contained in Paragraph 20.
13. Defendant denies the allegations of Paragraph 21.
14. Defendant denies the conclusion put forth in Paragraph 22.
15.

**WHEREFORE,** Defendant, Jack Cluen, demands judgment in their favor dismissing the Complaint and any cross-claims, if any, in their entirety with prejudice and awarding the Defendant their reasonable costs and attorneys fees, and such other and further relief as this Court may deem just and proper.

## SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted against the answering Defendant.

### SECOND SEPARATE DEFENSE

Plaintiff's complaint is or may be barred by the application of the Statute of Limitations and/or Statute of Repose.

### THIRD SEPARATE DEFENSE

Plaintiff's complaint is barred by the Doctrines of estoppel, laches and/or waiver.

### FOURTH SEPARATE DEFENSE

The answering Defendant did not violate any duty to the Plaintiff under common law, statute or otherwise.

### FIFTH SEPARATE DEFENSE

Without admitting liability herein, which is expressly denied, Plaintiff's claim, if any, is barred or diminished by equitable principles.

## SIXTH SEPARATE DEFENSE

To the extent the Plaintiff seeks equitable relief, such relief is barred by Plaintiff's unclean hands.

## SEVENTH SEPARATE DEFENSE

Plaintiff's rights if any to the relief request in the complaint is barred by the statute of frauds.

## EIGHTH SEPARATE DEFENSE

Plaintiff is without standing to seek the relief requested in the Complaint.

## NINTH SEPARATE DEFENSE

Plaintiff's damages, if any, are due to the acts and/or omissions of third persons over whom the answering Defendant had no control or right of control.

## TENTH SEPARATE DEFENSE

The Complaint is barred by the entire controversy doctrine.

## ELEVENTH SEPARATE DEFENSE

The Plaintiff failed to mitigate any damages the Plaintiff allegedly sustained.

## TWELVTH SEPARATE DEFENSE

The Court lacks <u>in personam jurisdiction</u> over the Defendant and, accordingly, the Complaint should be dismissed.

## THIRTEENTH SEPARATE DEFENSE

The answering Defendant reserve the right, pending the completion of discovery herein, to assert such additional defenses as may exist.

## DEMAND FOR SPECIFICATION OF DAMAGES

Pursuant to Rule 4:5-2, Defendant demands service upon the undersigned within five (5) days of the date hereof, a written statement of damages claimed in the Complaint.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rules 4:5-1(c) and 4:25-4, Christopher A. Errante, Esq., is hereby designated trial counsel for Defendant in the above matter.

## JURY DEMAND

The Defendant hereby demands trial by a jury of twelve (12) persons on all triable issues of this complaint, pursuant to R. 1:8-2(b) and R. 4:35-1(a).

Dated: June 19, 2008

Christopher A. Errante, Esq.
Attorney for Defendant, Jack Cluen

## CERTIFICATION OF TRIAL COUNSEL

I certify the matter in controversy is not the subject of any other action or arbitration proceeding or contemplated action.

                **CHRISTOPHER A. ERRANTE, ESQUIRE, L.L.C.**

                *[signature]*
                **CHRISTOPHER A. ERRANTE, ESQ.**
                *ATTORNEY FOR DEFENDANT, JACK CLUEN*

*DATED: June 19, 2008*