08/21/2008  14:27  2014865588                 NICOLETTE PERKINS PA                      PAGE  02/02

Prepared by:
DAVID A. NICOLETTE, ESQ. (2087)

NICOLETTE & PERKINS, P.A.
3 University Plaza
Suite 503
Hackensack, New Jersey 07601
(201) 488-9080
Attorneys for Plaintiff, Eric R. Perkins, Chapter 7 Trustee

---------------------------------X
In re:                           :    UNITED STATES BANKRUPTCY COURT
                                 :    DISTRICT OF NEW JERSEY
ROBERT'S HOME DESIGNS,           :
                                 :    Chapter 7 Proceeding
                                 :    Case No. 07-10796 (MS)
         Debtor.                 :    Hon. Morris Stern, U.S.B.J.
---------------------------------X
ERIC R. PERKINS, Chapter 7       :
Trustee of the Bankruptcy        :    Adv. Pro. No. 08-1557 (MS)
Estate of Debtor, Robert's       :
Home Designs Inc.,               :    **STIPULATION WITHDRAWING JURY**
                                 :    **DEMAND**
         Plaintiff,              :
                                 :
     v.                          :
                                 :
JACK CLUEN,                      :
                                 :
         Defendant.              :
---------------------------------X

**IT IS HEREBY** stipulated and agreed by and between the Plaintiff, Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy Estate of Debtor, Robert's Home Designs, Inc. and Defendant, Jack Cluen, that the Jury Demand filed by the Defendant as part of his Answer is hereby withdrawn with prejudice and without costs.

NICOLETTE & PERKINS, P.A.
Attorneys for Plaintiff,
Eric R. Perkins, Chapter
7 Trustee

By: _____          _____
    DAVID A. NICOLETTE                        CHRISTOPHER A ERRANTE
                                              Attorney for Defendant,
                                              Jack Cluen